MORRIS PIZER, as Secretary-Treasurer of the Upholsterers Union, Local 76, United Furniture Workers of America, C. I. O., an Unincorporated Association Consisting of Seven or More Members, Respondent, v. WYCOMB, MEYER INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ABE GOLDSTEIN, Appellant, v. FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CAROLINE G. GEOGHEGAN, Respondent, v. KEASBEY & MATTISON COMPANY, Appellant, Impleaded with Another, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P J., Townley, Dore, Cohn and Callahan, JJ.

VIRGINIA COLLADO and Others, Appellants, v. SPARTAN TRANSPORTATION CORPORATION, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANNA NEGRIN and Another, Respondents, v. JACOB GANIS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of GLOBE INDEMNITY COMPANY, Judgment Creditor, Appellant, against PIERRE L. FRAILEY, Judgment Debtor, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELISE ELAINE WEISBECKER, Respondent, v. CHARLES WEISBECKER, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FREDA BRODY, Respondent, v. ISIDORE BRODY, Appellant.— Order unanimously reversed and the question of the financial ability of the defendant referred to an official referee to hear and report to Special Term. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JACOB MODEL, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.